**ATTACHMENT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE )
UNITED STATES OF AMERICA FOR )       ML NO. ____
AN ORDER PURSUANT TO )
18 U.S.C. § 3512 )
)
Request from _____ for Assistance )
in a Criminal Matter: )

Reference: DOJ REF. # _____

### COMMISSIONER SUBPOENA

TO: _____

I, Commissioner, _____, _____, Office of International Affairs, acting pursuant to 18 U.S.C. § 3512, and this Court's Order thereunder dated _____, for the purpose of rendering assistance to _____, command that you appear before me in Room ____, in the building located at _____, in the city of _____, in the state of _____, on _____, 20__, at _____ a.m./p.m. to provide testimony/documents regarding an alleged violation of: the laws of _____, namely, _____, in violation of Section ____ of the _____ Penal Code, and, that at the place and time aforesaid, you provide the following: _____.

For production of documents, in lieu of appearing at the place and time aforesaid, you may make arrangements with _____, _____, Office of International Affairs, at telephone number (202) _____, to deliver them no later than _____,

20___.

For failure to attend and provide testimony and/or said records you may be deemed guilty

of contempt and liable to penalties under the law.

Date: _____

_____
COMMISSIONER
[Insert Name of Assigned Attorney]
[Insert Title]
[Insert State] Bar Number [Insert #]
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 800
Washington, D.C.  20530
(202) [Insert #] telephone
[Insert Identifier]@usdoj.gov