**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 1 5 2018

Clerk, U.S. District and
Bankruptcy Courts

|  |  |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 3512 | Case: 1:18-ml-00763 Assigned To : Robinson, Deborah A. Assign. Date : 10/5/2018 Description: Misc.   UNSEALED |
| Request from Argentina for Assistance in a Criminal Matter: Fraud Investigation | |

Reference: DOJ REF. # CRM-182-64660

## ORDER

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing Teresita B. Mutton, Trial Attorney, Office of International Affairs, Criminal Division, U.S. Department of Justice (or a substitute or successor subsequently designated by the Office of International Affairs), as a commissioner to execute the above-captioned request from Argentina (Request) by collecting evidence for use in a criminal investigation, prosecution, or proceeding in Argentina, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512, that Teresita B. Mutton (or a substitute or successor designated by the Office of International Affairs) is appointed as a commissioner of this Court (commissioner) and hereby directed to execute the Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1.      may issue commissioner subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;



2.     shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in Argentina for which the 12th Prosecutor's Office in Federal Criminal and Correctional Matters has requested assistance, which may be specified in the Request or provided by, or with the approval of, the Ministry of Justice and Human Rights;

3.     may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, individuals employed by United States Law Enforcement Agencies and/or representatives of Argentina who, as authorized or directed by the commissioner, may direct questions to any witness;

4.     may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected; and

5.     shall transmit the evidence collected to Argentina.

Date: October 12, 2018                             _____
                                                                    UNITED STATES MAGISTRATE JUDGE
                                                                    **Deborah A. Robinson**
                                                                    United States Magistrate Judge